IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation Nos. 2990085/34, 2990086/34 & 2990087/34

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. GEOFFREY SHAW DEMANDER,

Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The officer who wrote the above-referenced violations put an initial appearance date of September 3, 2013 with no specified time on the violations. September 3, 2013 is not a correct docket date for the Monte Vista Petty Offense Docket, therefore:

**IT IS HEREBY ORDERED** that the above-named Defendant should appear before the Magistrate Judge at 4 Chico Camino, Monte Vista, Colorado on September 5, 2013 at 10:30 a.m. for his initial appearance.

Failure to appear on that date and time may result in a warrant for the arrest of the Defendant.

**DATED: July 26, 2013.**

BY THE COURT:

/s/ David L. West
David L. West
United States Magistrate Judge

## Certificate of Mailing

I hereby certify that on the _____ day of ___July___, 2013, a true and correct copy of the foregoing Minute Order was placed in the U.S. Mail, postage prepaid, to the following:

U. S. Attorney's Office
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

Geoffrey Shaw Demander
2901 Indiana Boulevard, #43
Dallas, Texas 75226

Brian K. Schowalter
101 West 9th Street
Durango, Colorado 81301

By: _____
**Assistant to Magistrate Judge**