# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

UNITED STATES OF AMERICA

v.

GEOFFREY SHAW DEMANDER

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER:  13-PO-00128-DLW

BRIAN K. SCHOWALTER
(Defendant's Attorney)

**THE DEFENDANT:**  Pleaded guilty to count oNE of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 551, 36 CFR 4.2 & CRS 42-4-1402 | Careless Driving | July 6, 2013 | One |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | CVB | Fine |
|---|---|---|---|
| **Total:** | $10.00 | None | $500.00 - SUSPENDED* |

*  1.  Defendant to perform 24 hours community service with a food bank in Dallas, Texas and furnish proof of completion to the court within six (6) months.

   2.  Defendant may not have any moving violations for a period of six (6) months.

## ADDENDUM TO JUDGMENT IN A CRIMINAL CASE
### (Confidential Information Concerning Defendant)

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:                /87

Defendant's USM No.:

Defendant's Residence Address:

Dallas, Texas

Defendant's Mailing Address:
SAME

October 1, 2013
_____
Date of Imposition of Judgment

s/David L. West
_____
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

October 1, 2013
_____
Date